IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LOURDES GARCIA,<br>    *Plaintiff*,<br><br>vs.<br><br>CHEDRAUI USA, INC. D/B/A<br>EL SUPER<br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:23-cv-00741 |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Chedraui USA, Inc. d/b/a "El Super" ("Defendant"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and respectfully shows:

### Commencement and Service

1. On April 17, 2023, Lourdes Garcia ("Plaintiff") commenced this action by filing an Original Petition ("State Court Petition") in the County Court at Law No.3 of El Paso County, Texas. The case is styled Cause No. 2023DCV1227; *Lourdes Garcia v. Chedraui USA, Inc. d/b/a El Super.*[1]

2. The lawsuit was first served on Defendant on May 30, 2023.[2]

3. Defendant timely answered in state court on June 20, 2023.

4. This Notice of Removal is filed within thirty days of the receipt of service of process and is therefore considered timely pursuant to 28 U.S.C. § 1446(b). This Notice of Removal is also filed within one year of the commencement of this action and is thus timely pursuant to 28 U.S.C. § 1446(c).

---

[1]      See **Exhibit C**, Plaintiff's Original Petition.
[2]      See **Exhibit D**, Return of Service.

## Grounds for Removal

5.     Defendant is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

## Diversity of Citizenship

6.     There is complete diversity of citizenship between Plaintiff and Defendant.

7.     Plaintiff is a citizen of Texas.[3]

8.     Defendant Chedraui USA, Inc. d/b/a El Super is not a citizen of Texas.[4] Defendant Chedraui USA, Inc. d/b/a El Super is a Delaware corporation and maintains its principal place of business in California.[5]   A corporation is deemed to be a "citizen" of the state where it maintains its principal place of business (its "nerve center") and the state of its incorporation.[6]   Therefore, Defendant is a citizen of Delaware and California.

---

[3]     See **Exhibit C**, Plaintiff's Original Petition at ¶ 3.

[4]     See **Exhibit H**, Affidavit of Adrian Rios.

[5]     *Id.* at ¶ 3.

[6]     *See,* 28 U.S.C § 1332(c)(1); *see also, Hertz Corp. v. Friend,* 559 U.S. 77, 130 S. Ct. 1181, 1185-86 (2010).

## Amount in Controversy

9. This is a personal injury case with well over $75,000 in controversy at the time of this removal. Per her Original Petition, Plaintiff pleads monetary relief over $1,000,000.00 pursuant to Rule 47(c) of the Texas Rules of Civil Procedure.[7]

## Venue

10. Venue lies in the Western District of Texas, El Paso Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the action in this judicial district and division.

## Notice

11. Defendant will give notice of the filing of this Notice of Removal to all parties of record pursuant to 28 U.S.C. § 1446(d). Defendant will also file with the clerk of the state court and will serve upon Plaintiff's counsel, a notice of the filing of this Notice of Removal.

## Exhibits to Notice of Removal

12. In support of this Notice of Removal and pursuant to 28 U.S.C. §1446(a), true and correct copies of the following documents are attached to this Notice as corresponding lettered exhibits:

   A. Index of documents filed in Cause No. 2023DCV1227; *Lourdes Garcia v. Chedraui USA, Inc. d/b/a El Super*, in the County Court at Law No.3 of El Paso County, Texas.– **Exhibit A**

   B. Docket Sheet for Cause No. 2023DCV1227; *Lourdes Garcia v. Chedraui USA, Inc. d/b/a El Super*, in the County Court at Law No.3 of El Paso County, Texas – **Exhibit B**

---

[7] See **Exhibit C**, Plaintiff's Original Petition at ¶ 1.

C. Plaintiff's Original Petition filed on April 17, 2023, Cause No. 2023DCV1227; *Lourdes Garcia v. Chedraui USA, Inc. d/b/a El Super*, in the County Court at Law No.3 of El Paso County, Texas – **Exhibit C**

D. Return of Service filed on June 5, 2023, Cause No. 2023DCV1227; *Lourdes Garcia v. Chedraui USA, Inc. d/b/a El Super*, in the County Court at Law No.3 of El Paso County, Texas - **Exhibit D**

E. Defendant's Original Answer and Affirmative Defenses filed June 20, 2023, Cause No. 2023DCV1227; *Lourdes Garcia v. Chedraui USA, Inc. d/b/a El Super*, in the County Court at Law No.3 of El Paso County, Texas. **Exhibit E**

F. Certificate of Interested Persons – **Exhibit F**

G. Notice of Filing Removal in State Court – **Exhibit G**

H. Affidavit of Adrian Rios – **Exhibit H**

## Prayer

WHEREFORE, Defendant, pursuant to the statutes cited herein and in conformity with the requirements set forth in 28 U.S.C. § 1446, removes this action from the District Court of El Paso County, Texas to this Court.

Respectfully submitted,

By: ___*/s/ James Snyder*___
James D. Snyder
State Bar No. 24088447
james@doyleseelbach.com
Aida Nieto
State Bar No. 241104052
aida@doyleseelbach.com

Doyle & Seelbach PLLC
13215 Bee Cave Pkwy, Ste. A220
Austin, Texas 78738
512.960.4890 Telephone
512.960.4893 fax
doyleseelbach.com

*ATTORNEYS FOR DEFENDANT*



## **CERTIFICATE OF SERVICE**

By my signature above, I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic delivery to counsel identified below on this, the 29th day of June 2023.

Robert L. Lovett
State Bar No. 00791140
RLovett@lovettlawfirm.com
John Aufiero
State Bar No. 24117786
JAufieron@lovettlawfirm.com

Lovett Law Firm
619 Arizona Ave.
El Paso, TX 79902
915.757.9999 telephone

*Attorneys for Plaintiff*