IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOURDES GARCIA,<br>　　　*Plaintiffs*,<br><br>vs.<br><br>CHEDRAUI USA, INC. D/B/A EL SUPER,<br>　　　*Defendants* | § NO. 1:23-CV-00741<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE WITH PREJUDICE

The Court has before it the Joint Stipulation of Dismissal filed by Plaintiff Lourdes Garcia ("Plaintiff"), and Defendant Chedraui USA, Inc. d/b/a El Super, ("Defendant") filed on July 10, 2024. (Dkt. # 24.) The Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action brought by Plaintiffs against Defendants in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

DATED: Austin, Texas, July 11, 2024.

_____
David Alan Ezra
Senior United States District Judge